IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                           Civil Action No. 1:15-cv-07180
                                              Judge Rebecca R. Pallmeyer

JOHN DOE subscriber assigned IP address
24.12.145.122,

        Defendant.

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP address 24.12.145.122. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October_7__, 2015

                                                    Respectfully submitted,

                                                    By:    /s/ *Mary K. Schulz*
                                                    Mary K. Schulz
                                                    Media Litigation Firm, P.C.
                                                    1144 E. State Street, Suite A260
                                                    Geneva, IL 60134
                                                    Phone: 224-535-9510
                                                    Email: medialitigationfirm@gmail.com
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October_7__, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                         By: /s/ *Mary K. Schulz*_____
                                         Mary K. Schulz